# First District.

Leon Davidson, plaintiff in error, v. Sears Community State Bank, defendant in error. Gen. No. 36,634.

Heard in the first division of this court for the first district at the April term, 1933. ▌ Opinion filed March 5, 1934.

Ben A. Stewart and Sidney Rothblatt, for plaintiff in error; Ode L. Rankin and Ben A. Stewart, of counsel. Lederer, Livingston, Kahn & Adler, for defendant in error.

Mr. Presiding Justice Matchett delivered the opinion of the court.

Clara Otto, appellee, v. Guy A. Richardson et al., appellants. Gen. No. 37,026.

Heard in the first division of this court for the first district at the October term, 1933. ▌ Opinion filed March 5, 1934.

Weber, Miller, Deffenbaugh & Donovan, for appellants; John R. Guilliams, Frank L. Kriete and John E. Kehoe, of counsel. Murphy O. Tate and Leo M. Tarpey, for appellee.

Mr. Presiding Justice Matchett delivered the opinion of the court.

In re Estate of Charles Macdonald, deceased.
Ann Walker, claimant, appellee, v. Edwy Logan Reeves, as executor of the estate of Charles Macdonald, deceased, appellant. Gen. No. 37,160.

Heard in the first division of this court for the first district at the October term, 1933. ▌ Opinion filed March 5, 1934.

Charles Francis Baker, for appellant. Earl J. Walker, for appellee.
Mr. Presiding Justice Matchett delivered the opinion of the court.